IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER LYNN DAWES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00001 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINSTRATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On February 6, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 18) is GRANTED, the administrative law judge's decision is REVERSED, and this case is REMANDED for further administrative proceedings and rehearing consistent with the Report and Recommendation.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge